**Order entered January 12, 2023**



# Court of Appeals
# Fifth District of Texas at Dallas

## ORDER

IN RE CYNTHIA BANIGAN,
RELATOR

No. 05-22-01084-CV

Original Proceeding from the 417th
Judicial District Court, Collin
County, Texas
Trial Court Cause No. 417-05910-
2021.
Opinion delivered by Justice Smith.
Chief Justice Burns and Justice
Partida-Kipness participating.

In accordance with this Court's opinion of this date, the Court **DISMISSES**

as moot the portion of Wife's mandamus petition seeking relief with respect to the

trial court's October 11, 2022 order compelling arbitration in the bill of review

proceeding. The Court further **DISMISSES** as moot Wife's emergency motion to

stay the trial court's October 11, 2022 order compelling arbitration in the bill of

review proceeding.


/s/   CRAIG SMITH
JUSTICE